**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Caesars Massachusetts Development Company, LLC et al
                          Plaintiffs


                    V.


Stephen P. Crosby et al                                            NO.13-cv-13144-NMG
                    Defendants


**ORDER OF DISMISSAL**


  GORTON, D. J.


        In accordance with the Memorandum and Order dated 5/30/2014,  (Docket No. 64),

it is hereby ORDERED  that the above-entitled action be and hereby is dismissed.


                                By the Court,


    6/24/2014                          /s/ Kellyann Moore
        Date                                Deputy Clerk